IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALVIN MAURICE HAILEY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-2171** |
| | : | |
| **C.O. FRED BEARD,** *et al.* | : | |

# **ORDER**

**AND NOW**, this 29th day of October 2019, upon considering the Defendants' Motion to dismiss and for summary judgment on exhaustion (ECF Doc. No. 18), *pro se* Plaintiff's Responses (ECF Doc. Nos. 26, 27), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 18) is **GRANTED in part** and **DENIED in part**:

1. We **DENY** summary judgment as there are genuine issues of fact concerning availability of Plaintiff's grievance procedure;

2. We **DENY** dismissal of the Plaintiff's Fourteenth Amendment claims against Defendant Beard and a failure to protect claim against Defendant Algarin;

3. We **GRANT** Defendants' Motion to dismiss Fourteenth Amendment claims against Major Carbo, Major Brown, Captain Smith, Lieutenant Zerr, Captain Berger, and Officer Errington without prejudice;

4. We **dismiss** Plaintiff's references to Pennsylvania state law claims for collusion and emotional distress as failing to state a claim without prejudice;

5. Plaintiff is granted **leave** to file a second amended Complaint consistent with the accompanying Memorandum to possibly plead specific facts giving rise to claims for failure to protect and possible Pennsylvania state claims **no later than November 29, 2019;** and,

6. Absent the timely filing of a second amended Complaint, Defendants shall answer all remaining allegations no later than **December 10, 2019**.

_____
KEARNEY, J.